1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14
15

FAUZIA MOQADAM, an individual, on behalf of herself and on behalf of all persons similarly situated,

Case No. **2:12-CV-02558-GEB-KJN**
(Class Action)

16
17

Plaintiff,

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

18

vs.

19
20

EUROFINS AIR TOXICS, INC., a California Corporation; and Does 1 through 50, Inclusive,

21
22

Defendants.

Action Filed: August 8, 2012

23
24
25
26
27
28

1  The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First
2  Amended Complaint.
3  Consistent with the parties' Stipulation filed December 20, 1012, Plaintiff has ten
4  days leave to file the referenced First Amended Complaint.

6  **IT IS SO ORDERED.**

7  Dated:  December 21, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge