IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA MOQADAM, an individual, on behalf of herself and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EUROFINS AIR TOXICS, INC., a California Corporation; and Does 1 through 50, Inclusive, <br><br> Defendants. | 2:12-cv-02558-GEB-KJN <br><br> <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

The parties' Joint Status Report ("JSR") filed January 24, 2013, reveals this case is not ready to be scheduled. Although this is a putative class action, Plaintiff does not address in the JSR when she will seek class certification. Federal Rule of Civil Procedure 23(c)(1) prescribes "the court must determine by order whether to certify the action as a class action" at "an early practicable time."

Therefore, the Status (Pretrial Scheduling) Conference set for February 11, 2013, is continued to March 4, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall propose a briefing schedule on Plaintiff's proposed motion for class certification and address whether the action should otherwise be scheduled pending decision on that motion. In the event the parties opine the matter

1

should be scheduled, they shall address in the further joint status report their proposals for such scheduling in accordance with Local Rule 240.

IT IS SO ORDERED.

Dated: February 7, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge