IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA MOQADAM, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EUROFINS AIR TOXICS, INC., a California Corporation,<br><br>　　　　　Defendant.* | 2:12-cv-02558-GEB-KJN<br><br>ORDER |

　　　Plaintiff indicates in the Further Joint Status Report filed February 15, 2013 ("JSR"), that she "will be filing a motion for class certification pursuant to Fed. R. Civ. Proc. 23[,] as well as a motion for conditional certification pursuant to 29 U.S.C. § 216." (JSR 3:9-10, ECF No. 19.) Plaintiff's proposed briefing schedule concerning these two motions is adopted, as modified, as follows:

　　　Plaintiff's motion for class certification and motion for conditional certification shall be filed no later than July 22, 2013; an opposition or statement of non-opposition to the motions shall be filed no later than August 19, 2013; and any reply shall be filed no later

---

　　　* The caption has been amended according to the dismissal of Doe Defendants portion of this Order.

1

than September 9, 2013. The hearing on the motions shall be noticed for October 7, 2013, at 9:00 a.m.

Further, the Status (Pretrial Scheduling) Conference set for March 4, 2013, is continued to February 3, 2014, at 9:00 a.m.  A **JOINT** status report shall be filed no later than fourteen (14) days prior to the status conference.

In addition, since Plaintiff has not justified Doe Defendants remaining in this action, Does 1-50 are dismissed.  <u>See</u> Order Setting Status (Pretrial Scheduling) Conference filed October 12, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated:  February 28, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2