1   DOWNEY BRAND LLP
    DANIEL J. COYLE (Bar No. 119274)
2   MONICA S. HANS (Bar No. 227379)
    621 Capitol Mall, 18th Floor
3   Sacramento, CA  95814-4731
    Telephone:      (916) 444-1000
4   Facsimile:      (916) 444-2100
    dcoyle@downeybrand.com
5   mhans@downeybrand.com

6   Attorneys for Defendant
    EUROFINS AIR TOXICS, INC.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10  FAUZIA MOQADAM, an individual, on          Case No.:  2:12-cv-02558-TLN-KJN
    behalf of herself and on behalf of all
11  persons similarly situated,                **STIPULATION AND ORDER FOR
                                               DISMISSAL**
12                      Plaintiff,
                                               **[Fed. R. Civ. Proc. 15(a), 41(a)]**
13          v.

14  EUROFINS AIR TOXICS, INC., a
    California Corporation; and Does 1 through
15  50, Inclusive,

16                      Defendants.

17

18          IT IS HEREBY STIPULATED by and between the parties, through their respective

19  counsel of record, that the class claims in the Complaint asserted under Federal Rule of Civil

20  Procedure 23, collective claims asserted under the Fair Labor Standards Act, and the

21  representative claims asserted under the California Private Attorney General Act in the Complaint

22  be dismissed without prejudice.

23          It is further stipulated that all claims of Plaintiff FAUZIA MOQADAM ("Plaintiff" or

24  "Moqadam") asserted in the Complaint be dismissed, with prejudice.  Each side will bear its own

25  fees and costs.

26

27  / / /

28  / / /

    1318785.2                               1

    DOWNEY BRAND LLP

                                          STIPULATION AND ORDER FOR DISMISSAL

1   IT IS SO STIPULATED.

2   DATED:  June 18, 2013                    BLUMENTHAL NORDREHAUG & BHOWMIK

3

4                                            By:/s/ Aparajit Bhowmik (as authorized on 6/18/13)
                                                   APARAJIT BHOWMIK
5                                                  Attorney for Plaintiff
                                                   FAUZIA MOQADAM

6   DATED:  June 19, 2013                    DOWNEY BRAND LLP

7

8                                            By:_____/s/ Daniel J. Coyle_____
                                                   DANIEL J. COYLE
9                                                  Attorney for Defendant
                                                   EUROFINS AIR TOXICS, INC.

10

11

12                                  **ORDER**

13        Based on the Parties' stipulation, claims in the Complaint asserted under Federal Rule of

14   Civil Procedure 23, collective claims asserted under the Fair Labor Standards Act, and the

15   representative claims asserted under the California Private Attorney General Act are dismissed,

16   without prejudice, and all claims of Plaintiff FAUZIA MOQADAM are dismissed, with

17   prejudice.

18        IT IS SO ORDERED.

19

20   DATED:       June 19, 2013

21

22

23                                                  _____

24                                                  Troy L. Nunley
                                                    United States District Judge
25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL